Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

Patrice C. Hennessy
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

JAYME HENNESSY, MEGAN HENNESSY
ALEXUS J DUPONT
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Patrice Casey Hennessy
Street Address: 1159 MAIN ST
City and County: PAWTUCKET
State and Zip Code: RI 02903
Telephone Number: 401-400-9091
E-mail Address: HENNESSY9192@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: JAYME HENNESSY
- Job or Title (if known):
- Street Address: PO BOX 792  1749 CORN NECK RD
- City and County: NEW SHOREHAM (WASHINGTON)
- State and Zip Code: RI 02807
- Telephone Number: 401-466-2974
- E-mail Address (if known):

Defendant No. 2
- Name: MEGAN HENNESSY
- Job or Title (if known):
- Street Address: 1058 CORN NECK RD
- City and County: NEW SHOREHAM (WASHINGTON)
- State and Zip Code: RI 02807
- Telephone Number:
- E-mail Address (if known): MEGAN@BI REALTY.COM

Defendant No. 3
- Name: ALEXUS DU PONT
- Job or Title (if known): ELDERWISE
- Street Address: FORMER ADDRESS 1058 CORN NECK RD
- City and County: NEW SHOREHAM (WASHINGTON)
- State and Zip Code: RI 02807
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. INFRINGEMENT OF CIVIL RIGHTS AS SLANDER AND FRAUDED DOCUMENTS ARE ERRONEOUSLY ATTACKING CIVIL RIGHTS & FREEDOMS AND COULD CAUSE IMPRISONMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

BASIS FOR JURISDICTION

DEFENDENT IS INDIVIDUAL.

JAYME HENNESSY CITIZEN OF STATE OF RHODE ISLAND

STATEMENT OF CLAIM: SLANDER PROFESSIONALLY STATED I WAS LIVING PROMISCUOUSLY; AS A PROSTITUTE & ADDICTED TO DRUGS— BOTH ARE LIES; I HAVE A PROFESSIONAL BACKGROUND AS AN REGISTERED NURSE ALSO FRAUDULENT DOCUMENTS CAUSING QUESTIONS TO MY CHARACTER AND COGNITION — EVEN HAVING A COUSIN DOPPELGANG AS ME

BASIS FOR JURISDICTION - MEGAN HENNESSY OF RHODE ISLAND SLANDER PROFESSIONAL CHARACTER. STOLE INTELLECTUAL PROPERTY AND USED IT FOR OWN SELF GAIN - RE BUSINESS PLAN COPYRIGHT ELDERWISE © 10/2023  FRAUD OF DOCUMENTS & BRIBING AUTHORITIES TO HAVE ME INCARCERATED / ISOLATE ME PROFESSIONALLY RELIEF DUE TO STOLEN INTELLECTUAL PROPERTY

BASIS FOR JURISDICTION ALEXUS DUPONT STOLE INTELLECTUAL PROPERTY ELDERWISE - BUSINESS FORMED IN ASIA
- ACCESSORY TO CRIME W MEGAN HENNESSY
FRAUD DOCUMENT & FRAUD MARRIAGE TO GAIN PROPERTY WHICH WAS NOT FINALIZED  SLANDER PROFESSIONALLY AND SAID I WAS A PROSTITUTE - NOT THE CASE -
THO I WAS SEMI HOMELESS AT THE TIME
FRAUD DOCUMENTS TRY TO HAVE ME ISOLATED → FALSE ACCUSATIONS

page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/15/24

Signature of Plaintiff: *Patrick Casey Hennessy*
Printed Name of Plaintiff: Patrick Casey Hennessy

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____