UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICE HENNESSY          :
                          :
v.                        :   C.A. No. 24-00149-JJM
                          :
JAYME HENNESSY, et al.    :

### REPORT AND RECOMMENDATION

Lincoln D. Almond, United States Magistrate Judge

On April 15, 2024, Plaintiff Patrice Hennessy filed her Complaint against Defendants Jayme Hennessy, Megan Hennessy, and Alexus Dupont (ECF No. 1) along with an Application to Proceed In Forma Pauperis ("IFP") (ECF No. 2) pursuant to 28 U.S.C. § 1915 without being required to prepay costs or fees, including the $405.00 civil case filing fee. The Court issued a Memorandum and Order on April 18, 2024, informing Plaintiff that the Complaint failed to state any legal viable claims or any bases for federal subject matter jurisdiction. Plaintiff was given leave to file an Amended Complaint, on or before May 10, 2024. See ECF No. 4. Plaintiff was warned that failure to comply will result in the recommendation of dismissal of this action. See id.

On May 3, 2024, the Court's mail was returned from Plaintiff's address as undeliverable. Plaintiff has not filed an Amended Complaint or otherwise contacted the Court for an extension of time to do so. In addition, she has not provided the Court with an active mailing address as required by Local Rule Gen. 205. Accordingly, based on Plaintiff's failure to comply with the Court Order, I recommend that this matter be dismissed without prejudice.

Any objections to this report and recommendation must be specific and must be served and filed with the Clerk of the Court within fourteen days of service of this report and

-2-

recommendation.  See Fed. R. Civ. P. 72(b); DRI LR Cv 72.  Failure to file specific objections in a timely manner constitutes waiver of the right to review by the District Court and the right to appeal the District Court's decision.  See Brenner v. Williams-Sonoma, Inc., 867 F.3d 294, 297 n.7 (1st Cir. 2017); Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

  /s/  Lincoln D. Almond
LINCOLNL D. ALMOND
United States Magistrate Judge
May 14, 2024